IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

LOWELL DEAN, JUAN ECHEGARAY,
JIMMY GOBLE, JAMES HALL, KENNETH
LAWS, ADAM MCCLUNG, MARSHALL
MARTIN, JIMMY MAYNARD, JR.,
JOSHUA MEADE, et al.,

    Plaintiffs,

v.

KENTUCKY FUEL CORPORATION,
SOUTHERN COAL COMPANY, and
ANTHEM BLUE CROSS,

    Defendants.

Case No. 2:13-cv-2485
Judge Joseph Goodwin

**STIPULATION TO STAY THIS MATTER
PENDING FINAL SETTLEMENT**

    Plaintiffs Lowell Dean, Juan Echegaray, Jimmy Goble, James Hall, Kenneth Laws, Marshall Martin, Jimmie Maynard, Jr., Adam McClung, Josh Meade, Wallace Meade, Johnny Paige, Jimmy Payne, Jerry Shepard, Albert Smith, Bobby Ward, and Jeffrey Wolford (collectively, "Plaintiffs"), and Defendants Kentucky Fuel Corporation ("Kentucky Fuel"), Southern Coal Corporation ("Southern Coal"), and Anthem Health Plan of Kentucky, Inc. d/b/a Anthem Blue Cross Blue Shield ("Anthem") (collectively referred to as "Defendants"), by and through counsel, submit the following stipulation and respectfully request this Court to enter the same as an order of this Court.

    The parties have reached terms for settlement of their dispute and the parties' counsel are currently in the process of finalizing the terms of such settlement. The parties' settlement of this lawsuit is contingent upon this Court's approval of the parties' compromise and settlement of the

claims as to the best interests of the minor beneficiaries of those Plaintiffs who had family coverage. The parties therefore, are requesting relief from any further action in this matter, pending approval of the settlement as to the minor beneficiaries and finalization of the settlement. Upon receiving approval of their proposed settlement as to the minor beneficiaries and finalizing the settlement, the parties will present the Court with an order of dismissal.

WHEREFORE, Plaintiffs Lowell Dean, Juan Echegaray, Jimmy Goble, James Hall, Kenneth Laws, Marshall Martin, Jimmie Maynard, Jr., Adam McClung, Josh Meade, Wallace Meade, Johnny Paige, Jimmy Payne, Jerry Shepard, Albert Smith, Bobby Ward, and Jeffrey Wolford, and Defendants Kentucky Fuel Corporation, Southern Coal Corporation, and Anthem Health Plan of Kentucky, Inc. d/b/a Anthem Blue Cross Blue Shield respectfully request this Court to enter this Stipulation suspending any further action in this matter pending finalization of the parties' settlement.

ENTER: September 13, 2013

_____
Judge Joseph Goodwin

**STIPULATED AND AGREED TO BY:**

s/Rodney A. Smith
Rodney A. Smith (WV State Bar # 9750)
Jonathan R. Marshall (WV State Bar # 10580)
Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV 25301
(304) 345-6555 / (304) 342-1110 (*facsimile*)
rsmith@baileyglasser.com
jmarshall@baileyglasser.com

and

Todd S. Bailess (WV State Bar # 10482)
Joy B. Mega (WV State Bar # 9960)
Bailess Law, PLLC
227 Capitol Street
Charleston, WV 25301
(304) 342-0550 / (304) 344-5529 (*facsimile*)
Bailesslaw@gmail.com
Bailesslaw2@gmail.com

and

Gregory B. Chiartas (WV State Bar # 715)
Freeman & Chiartas
PO Box 347
Charleston, WV 25322
(304) 342-4508 / (304) 344-9401 (*facsimile*)
Greg@freemanandchiartas.com

*Counsel for Plaintiffs*


s/David A. Barnette
David A. Barnette (WV State Bar #242)
Vivian H. Basdekis (WV State Bar #10587)
Jackson Kelly PLLC
500 Lee Street East, Suite 1600
Charleston, WV 25301
(304)340-1327/(304)340-1380 (*facsimile*)
dbarnette@jacksonkelly.com
vhbasdekis@jacksonkelly.com

*Counsel for Defendant Anthem Health Plans of Kentucky, Inc.*
*d/b/a Anthem Blue Cross Blue Shield*


s/Samuel M. Brock III
Samuel M. Brock III (WV State Bar #9216)
Spilman Thomas & Battle, PLLC
300 Kanawha Boulevard, East (Zip 25301)
PO Box 273
Charleston, WV 25321-0273
sbrock@spilmanlaw.com
(304) 340-3800 / (304) 340-3801 (*facsimile*)

and

3

King F. Tower (Virginia Bar # 38767)
(Visiting Attorney Statement Filed)
Carrie M. Harris (WV State Bar # 11324)
Spilman Thomas & Battle, PLLC
PO Box 90
Roanoke, VA 24002
*ktower@spilmanlaw.com*
*charris@spilmanlaw.com*
(540) 512-1800 / (540) 342-4480 (*facsimile*)

*Counsel for Defendants Kentucky Fuel Corporation and Southern Coal Company*