# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 12/18/2013                                                                    Case Number 2:13-cv-02485
Case Style: Dean vs. Kentucky Fuel Corporation
Type of hearing Settlement Hearing
Before the honorable: 2513-Goodwin
Court Reporter Catherine Schutte-Stant                                              Courtroom Deputy Robin Clark
Attorney(s) for the Plaintiff or Government Rodney Arthur Smith and Gregory B. Chiartas


Attorney(s) for the Defendant(s) Samuel M. Brock, III and David Barnette


Law Clerk Shanna Brown                                                              Probation Officer

Trial Time


Non-Trial Time
Motions hearing (without evidence). Type:


Court Time


Courtroom Notes
Scheduled start time 10:30 a.m.
Actual start time 10:35 a.m.

SETTLEMENT HEARING
Counsel for parties present
Guardian Ad Litem:  Rob Bastress
Defts review the terms of the settlement.
Pltfs provide an update for the court.
The court addresses the parents of the minors.
All pltfs indicate they have gone over the settlement and they understand the terms.
All pltfs believe the settlement is fair and they wish to have the settlement approved by the court.
Guardian ad litem answer to be filed.
Guardian ad litem fees are approved; Defts are to pay the fees
Settlement approved.
End time 10:50 a.m.