IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

LOWELL DEAN, JUAN ECHEGARAY,
JIMMY GOBLE, JAMES HALL, KENNETH
LAWS, ADAM MCCLUNG, MARSHALL
MARTIN, JIMMY MAYNARD, JR.,
JOSHUA MEADE, et al.,

        Plaintiffs,

v.

                                      Case No. 2:13-cv-2485
                                      Judge Joseph Goodwin

KENTUCKY FUEL CORPORATION,
SOUTHERN COAL COMPANY, and
ANTHEM BLUE CROSS,

        Defendants.

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs Lowell Dean, Juan Echegaray, Jimmy Goble, James Hall, Kenneth Laws, Marshall Martin, Jimmie Maynard, Jr., Adam McClung, Josh Meade, Wallace Meade, Johnny Paige, Jimmy Payne, Jerry Shepard, Albert Smith, Bobby Ward, and Jeffrey Wolford (collectively, "Plaintiffs"), and Defendants Kentucky Fuel Corporation ("Kentucky Fuel"), Southern Coal Corporation ("Southern Coal"), and Anthem Health Plan of Kentucky, Inc. d/b/a Anthem Blue Cross Blue Shield ("Anthem") (collectively referred to as "Defendants"), each by counsel, announced to the Court that this matter has been resolved and accordingly the parties jointly move the Court to dismiss the above-styled case, with prejudice, in accordance with Rule 41(a) of the Federal Rules of Civil Procedure.

For good cause shown, and there being no objection thereto, it is hereby **ORDERED** that this matter shall be and is hereby **DISMISSED, WITH PREJUDICE,** and stricken from the docket of this Court.  The parties shall bear their own costs, expenses and attorney's fees.

The Clerk is directed to strike this action from the docket of the Court.  The Clerk is further directed to mail copies of this Order to all counsel of record.

ENTERED this 9 day of ⟍⟍, 2013.

_____
**Judge Joseph Goodwin**

**STIPULATED AND AGREED TO BY:**

s/Rodney A. Smith
Rodney A. Smith (WV State Bar # 9750)
Jonathan R. Marshall (WV State Bar # 10580)
Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV 25301
(304) 345-6555 / (304) 342-1110 (*facsimile*)
rsmith@baileyglasser.com
jmarshall@baileyglasser.com

and

Todd S. Bailess (WV State Bar # 10482)
Joy B. Mega (WV State Bar # 9960)
Bailess Law, PLLC
227 Capitol Street
Charleston, WV 25301
(304) 342-0550 / (304) 344-5529 (*facsimile*)
Bailesslaw@gmail.com
Bailesslaw2@gmail.com

and

2

Gregory B. Chiartas (WV State Bar # 715)
Freeman & Chiartas
PO Box 347
Charleston, WV 25322
(304) 342-4508 / (304) 344-9401 (*facsimile*)
Greg@freemanandchiartas.com

*Counsel for Plaintiffs*


s/David A. Barnette
David A. Barnette (WV State Bar #242)
Vivian H. Basdekis (WV State Bar #10587)
Jackson Kelly PLLC
500 Lee Street East, Suite 1600
Charleston, WV  25301
(304)340-1327/(304)340-1380 (*facsimile*)
dbarnette@jacksonkelly.com
vhbasdekis@jacksonkelly.com

*Counsel for Defendant Anthem Health Plans of Kentucky, Inc.*
*d/b/a Anthem Blue Cross Blue Shield*


s/Samuel M. Brock III
Samuel M. Brock III (WV State Bar #9216)
Spilman Thomas & Battle, PLLC
300 Kanawha Boulevard, East (Zip 25301)
PO Box 273
Charleston, WV  25321-0273
sbrock@spilmanlaw.com
(304) 340-3800 / (304) 340-3801 (*facsimile*)

and


King F. Tower (Virginia Bar # 38767)
(Visiting Attorney Statement Filed)
Carrie M. Harris (WV State Bar # 11324)
Spilman Thomas & Battle, PLLC
PO Box 90
Roanoke, VA 24002
*ktower@spilmanlaw.com*
*charris@spilmanlaw.com*
(540) 512-1800 / (540) 342-4480 (*facsimile*)

*Counsel for Defendants Kentucky Fuel Corporation and Southern Coal Company*

3